RE: Court of Appeals Number: 04-14-00868-CR
   Trial Court Case Number: 2012CR9364B

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
3/18/2015 4:21:11 PM
KEITH E. HOTTLE
Clerk

March 6, 2015

ATN: FOURTH COURT OF APPEALS

   Upon recieving this order I Vanessa Zuniga Salas hereby wish to continue with thee withdraw to my appeal; no further action be taken on this appeal. However I do not recall Corresponding with an attorney about this matter nor explained my rights to review the record.

   Thank you for Communicating this matter to me; May God Bless those at thee FOURTH COURT OF Appeals.

Respectfully; Gracefully
Submitted,
Ms. Vanessa Zuniga Salas
SiD#910620
TDCJ#1964857



Vanessa Salas #1964857
San Saba Transfer Facility
206 South Wallace Creek Road
San Saba, TX 76877

IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 MAR 12 AM 10: 20

Keith E. Hottle
..E. CLERK

COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205

09 MAR 2015 PM 1 L

ABILENE TX 795

Legal mail